UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

TRITON IP, LLC,

v.   6:07-cv-00249-LED

SALESFORCE.COM, INC.

## TRITON'S REPLY TO SALESFORCE.COM'S COUNTERCLAIMS

Plaintiff, Triton IP, LLC ("Triton") replies to the counterclaims of Defendant, Salesforce.com, Inc. ("Salesforce.com") by corresponding paragraph number as follows:

1. Admitted.

2. Admitted.

3. Admitted as to subject matter jurisdiction over counterclaims, but denied as to merits of counterclaims.

4. Admitted as to personal jurisdiction.

5. Admitted as to venue over counterclaims, but denied as to merits of counterclaims.

6. Triton incorporates its responses to paragraphs 1-5 above.

7. Admitted that legal controversy exists, but denied as to merits of Defendant's contentions.

8. Denied that Defendant is entitled to such declaratory relief. Denied as to the merits of Defendant's counterclaims.

9. Triton incorporates its responses to paragraphs 1-8 above.

10. Admitted that legal controversy exists, but denied as to merits of Defendant's contentions.

1

11. Denied that Defendant is entitled to such declaratory relief. Denied as to the merits of Defendant's counterclaims.

12. To the extent necessary, admitted that Defendant has requested a jury trial.

13. To the extent necessary, Plaintiff denies that Defendant is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, Plaintiff denies any allegation in the counterclaims not specifically admitted above, and Plaintiff re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment denying and dismissing Defendant's counterclaims, and that the Court enter judgment in favor of Plaintiff as requested in Plaintiff's complaint, as amended or supplemented.

Date: August 22, 2007

Respectfully submitted,

TRITON IP, LLC

 /s/ John J. Edmonds
Thomas John Ward, Jr. – LEAD ATTORNEY
Texas Bar No. 00794818
Ward & Smith Law Firm
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

David M. Pridham
R.I. Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
david@ipnav.com

John J. Edmonds
Texas Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
johnedmonds@edmondslegal.com

Eric M. Albritton
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

Kajeer Yar
Texas Bar No. 24025838
2651 East 66th Street
Tulsa, OK 74136
Telephone: (918) 292-8158
Facsimile: (918) 292-8158
kyar@yarlawfirm.com

Jason W. Cook
Texas Bar No. 2402853
The Law Office of Jason W. Cook
5320 Victor St.
Dallas, Texas 75214
Telephone: (214) 504-6813
Facsimile: (469)327-2777
jcook@cookip.com

Counsel for Plaintiff
TRITON IP, LLC

**CERTIFICATE OF SERVICE**

       I certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Date:  August 22, 2007                                           /s/ John J. Edmonds  
                                                                                    John J. Edmonds