## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **TRITON IP, LLC,** | |
| v. | 6:07-cv-00249-LED |
| **SALESFORCE.COM, INC.** | JURY |

### STIPULATED DISMISSAL WITH PREJUDICE

The plaintiff, Triton IP, L.L.C., and defendant, Salesforce.com, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), hereby stipulate to the dismissal WITH PREJUDICE of all claims and counterclaims in this action. Each party shall bear its own costs, expenses and attorneys fees.

Dated: February 26, 2008                                    Respectfully submitted,

| | |
|---|---|
| */S/David M. Pridham (w/permission)* | */S/Jose C. Villarreal* |
| David Michael Pridham | Michael Edwin Jones |
| IP Navigation Group | Diane DeVasto |
| 207 C North Washington Ave | Potter Minton PC |
| Marshall, TX 75670 | 110 N College |
| 903/938-7400 | Suite 500 |
| Fax: 903/938-7404 | PO Box 359 |
| | Tyler, TX 75710-0359 |
| Eric M. Albritton | 903/597/8311 |
| Attorney at Law | Fax: 9035930846 |
| PO Box 2649 | |
| Longview, TX 75606 | Michael A. Ladra |
| 903/757-8449 | Ron E. Shulman |
| Fax: 19037587397 | Jerry Chen |
| | Wilson Sonsini Goodrich & Rosati |
| John J. Edmonds | 650 Page Mill Rd |
| The Edmonds Law Firm, PC | Palo Alto, CA 94304-1050 |
| 709 Sabine Street | 650/493-9300 |
| Houston, TX 77007 | Fax: 650/493-6811 |
| 713/858-3320 | |
| Fax: 832/415-2535 | |

Kajeer Yar
Kajeer Yar
2651 East 66th Street
Tulsa, OK 74136
918-292-8158
Fax: 918-292-8158

Michael J Newton
The Law Offices of Michael J. Newton
2714 Beverly Drive
Flower Mound, TX 75022
469/231-4426
Fax: 903/938-7404

**ATTORNEYS FOR PLAINTIFF TRITON IP, LLC**

Jose Carlos Villarreal
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway
Westech 360, Ste 3350
Austin, TX 78759-7247
512/338-5400
Fax: 15123385499

**ATTORNEYS FOR DEFENDANT SALESFORCE.COM, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 26th day of February, 2008, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                             */S/ Jose C. Villarreal*
                                             Jose C. Villarreal