**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **TRITON IP, LLC,** | |
| v. | 6:07-cv-00249-LED |
| **SALESFORCE.COM, INC.** | JURY |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Triton IP, L.L.C., and defendant, Salesforce.com, Inc., in this case, and the Court hereby enters the following order:

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Triton IP, L.L.C., and defendant, Salesforce.com, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs shall be borne by the party that incurred them.

**So ORDERED and SIGNED this 27th day of February, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**